IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CT-3321-BO

| | |
|---|---|
| MICHAEL CAMP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| DENNIS DANIELS, et al., ) | |
| ) | |
| Defendants. ) | |

On August 2, 2016, Magistrate Judge Numbers issued a Memorandum and Recommendation ("M&R") [D.E. 35] in this civil rights action. In the M&R Judge Numbers recommended that the court grant defendants' Motion for Summary Judgment [D.E. 25].

"The Federal Magistrates Act requires a district court to make a de novo determination of those portions of the magistrate judge's report or specified proposed findings or recommendations to which objection is made." Diamond v. Colonial Life & Accident Ins. Co., 416 F.3d 310, 315 (4th Cir. 2005) (alteration, emphasis, and quotation omitted). Absent a timely objection, "a district court need not conduct a de novo review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Id. (quotation omitted).

Plaintiff has filed no objections. The court has reviewed the M&R, the record, and the pleadings. The court is satisfied that there is no clear error on the face of the record. Accordingly, the court adopts the conclusions in the M&R.

SO ORDERED. This 24 day of August, 2016.

_____
TERRENCE W. BOYLE
United States District Judge